# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) DAVID LIEBENSOHN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>(1) KIM KARDASHIAN WEST,<br><br>(2) KIMSAPRINCESS, INC., a California Corporation;<br><br>　　　　Defendants. | Case No.: 5:19-cv-00137-C |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

The Plaintiff, David Liebensohn, an individual, pursuant to Rule 41(a)(1)(A) Federal Rules of Civil Procedure, hereby files this Plaintiff's Notice of Voluntary Dismissal. Prior to the filing of any Answer or Motion for Summary Judgment by the Defendants, the Plaintiff hereby voluntarily dismisses all pending claims in the above-captioned action as against the Defendants, Kim Kardashian West and Kimsaprincess, Inc, without prejudice to their re-filing. The Plaintiff's dismissal of his claims is done with the intention of pursuing such claims in arbitration.

Respectfully submitted,

Signed: s/Andrew J. Waldron
Andrew J. Waldron, OBA No. 17362
WALKER & WALKER
511 Couch Dr., 3rd Floor
Oklahoma City, Oklahoma 73102
(405) 943-9693 Telephone
(405) 232-1108 Facsimile
ajwaldron@walkerandwalker.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of August, 2019, I electronically transmitted the attached document to the Clerk for the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following attorneys of record:

John M. Thompson

john.thompson@crowedunlevy.com

danielle.norvelle@crowedunlevy.com


Martin D. Singer

mdsinger@lavelsinger.com


Melissa Yaffa Lerner

mlerner@avelysinger.com


Signed s/ Andrew J. Waldron